## TEMPLE v. STATE.
### No. 18287.

Court of Criminal Appeals of Texas.
May 13, 1936.

A. C. Chrisman, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of chickens is the offense; penalty assessed at confinement in the penitentiary for two years.

Appellant was charged by indictment with the theft of eighteen chickens. It is also charged that on May 9, 1933, appellant was convicted in the same court of theft of personal property over the value of $50 in two cases; that the previous convictions are averred as a basis for a cumulative penalty.

A plea of guilty was entered and a trial by a jury was waived.

The record is before us without statement of facts or bills of exception.

We have perceived nothing in the record which would warrant this court in interfering with the verdict.

The judgment is affirmed.

## TEMPLE v. STATE.
### No. 18288.

Court of Criminal Appeals of Texas.
May 13, 1936.

A. C. Chrisman, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Justice.

The offense is burglary; penalty assessed at confinement in the penitentiary for five years.

In addition to charging appellant with the offense of burglary in the present instance, the indictment alleges that on May 9, 1933, appellant was convicted in the district court of Johnson county of burglary in three cases; that the previous convictions are averred as a basis for a cumulative penalty.

The record is before the court without statement of facts or bills of exception. Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial of the case.

The motion for new trial presents no matter justifying reversal or requiring discussion.

The judgment is affirmed.